No. 9448.

## Ross *v.* Chinworth et al.

From the Kosciusko Circuit Court.

*W. S. Marshall* and *A. Taylor*, for appellant.

*J. W. Cook*, for appellees.

Woods, J.—The right of a sheriff to mileage upon a summons against two or more is involved in this appeal.

In accordance with the decision made in *Board, etc., v. Pressley*, 81 Ind. 361, the court below held that mileage should be allowed for no more than the distance actually travelled in making the service.

Judgment affirmed.

---

No. 9359.

## Brown *v.* Lee.

From the Spencer Circuit Court.

*G. L. Reinhard* and *W. H. Thomas*, for appellant.

*C. H. Mason* and *R. S. Hicks*, for appellee.

Woods, J.—The questions in this case are identical with those decided in *Brown v. Fodder*, 81 Ind. 491.

Judgment affirmed, with costs.

---

No. 7832.

## Chauncey et al. *v.* Taylor.

From the Tippecanoe Circuit Court.

*H. W. Chase, F. S. Chase* and *F. W. Chase*, for appellants.

*R. Jones*, for appellee.

Howk, J.—It is conceded by the counsel of the respective parties that the questions presented for the decision of this court, by the record of this cause and the errors assigned thereon, are substantially the same as those which were carefully considered and decided at the last term, in the case of *Nash v. Taylor, ante*, p. 347. For the reasons given in the opinion of El-liott, C. J., in the case cited, and upon its authority, the case at bar must be decided as that cause was decided.

The judgment is affirmed, at the appellants' costs.